1014

[No. 65544-2-I.   Division One.   December 19, 2011.]

ALASKA CASCADE FINANCIAL SERVICES, INC., *Appellant*, v.
THOMAS WATERER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 08-2-23335-9, Paris K. Kallas, J., entered May
12, 2010. *Affirmed* by unpublished opinion per Appelwick,
J., concurred in by Becker and Spearman, JJ.

[No. 65838-7-I.   Division One.   December 19, 2011.]

JAMES ANTHONY "TONY" ZAHAN ET AL., *Appellants*, v. SAFEWAY
INC., *Defendant*, THERESA CHENG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 09-2-07686-3, James D. Cayce, J., entered July
6, 2010. *Reversed* and *remanded* by unpublished opinion per
Lau, J., concurred in by Ellington and Schindler, JJ.

[Nos. 66126-4-I; 66127-2-I;   Division One.   December 19, 2011.]
66128-1-I.

THE STATE OF WASHINGTON, *Respondent*, v. SHANE LEWIS
WATSON, *Appellant*.

Appeals from a judgment of the Superior Court for Sno-
homish County, No. 98-1-01263-8, Larry E. McKeeman, J.,
entered September 13, 2010. *Dismissed* by unpublished per
curiam opinion.

[No. 66150-7-I.   Division One.   December 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MICHAEL
DENSMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 09-1-00812-9, George F.B. Appel, J.,
entered November 5, 2010. *Affirmed* by unpublished opin-
ion per Lau, J., concurred in by Becker and Cox, JJ.